UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD HANSERD,

        Plaintiff,

vs.

UNITED STATES OF AMERICA,

        Defendant.
_____/

Criminal No. 90-80594

HON. GEORGE CARAM STEEH

ORDER GRANTING DEFENDANT'S MOTION TO CORRECT
RECORD [DOCUMENT NO. 744] AND WITHDRAWING ORDER
DENYING CERTIFICATE OF APPEALABILITY [DOCUMENT NO. 733]

Plaintiff has filed a motion under Federal Rule of Criminal Procedure 36 to correct the docket record in this case. The court has reviewed defendant's motion, which was filed in an effort to remove an obstacle in defendant's pursuit of an appeal of this court's denial of his Rule 60(b)(6) motion on July 29, 2004. For the following reasons, defendant's motion is granted.

Defendant filed an appeal of the court's denial of his Rule 60(b)(6) motion on November 9, 2004, which was incorrectly tied to closed case number 03-74738. That case had been closed because it was mistakenly opened by the clerk's office as a motion under 28 U.S.C. § 2255. The court then issued an order denying certificate of appealability for the § 2255 case, which has resulted in defendant's inability to appeal the denial of his Rule 60(b)(6) motion. Defendant requests that the court withdraw its order denying certificate of appealability so that he may proceed with his appeal. The court concurs with defendant's request and hereby withdraws its order denying

certificate of appealability [document no. 733].

  It is so ordered.

          s/George Caram Steeh
          GEORGE CARAM STEEH
          UNITED STATES DISTRICT JUDGE

Dated: June 6, 2005

        CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on June 6, 2005, by electronic and/or ordinary mail.

          s/Josephine Chaffee
          Secretary/Deputy Clerk